UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WILLIAM COLLINGTON
1430 SARATOGA AVENUE, N.E. #5
WASHINGTON, D.C. 20018
(202) 635-4158
(plantiff)

Case: 1:07-cv-00482
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 03/14/2007
Description: COLLINGTON V. JENKINS

vs.

Officer MICHAEL JENKINS   5th PRECINT
DISTRICT OF COLUMBIA POLICE DEPARTMENT
BLADENBURG ROAD, N.E.
WASHINGTON, D.C. 20018

(defendant)

COMPLAINT

The Search Warrant Initiator, Officer Michael Jenkins, the Defendant said He "I refuse

And will not return your property to you and refuse and will not take the 81-C Property

Release form to the Prosecutor's Office to be sign for the release of your Property",

That Property consist of $310 in-cash and mail matter that consist of PLANTIFF'S

Birth certificate, social security card, Exxon/Mobil Gas Card, U.S. sealed Lyric

Copyright Certificate, 14 typed-up Copyrighted Lyric Tunes, PLANTIFF'S Rental

Agreement Lease, and two EDIT and UNEDIT Copyrighted Comedy DVD'S originals

Created by the PLANTIFF.

The U.S. District of Columbia Prosecutor Attorney Office Refuse to Prosecute the Case

And "NO PAPER THE CASE', throwing-the-case-out-of-court.   MEANING

**RECEIVED**

FEB 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

There is No Case To Prove, and therefore, All Properties i.e.,(Keys,Shoestrings,Cash, Watch, I.D., Belt, etc) could and should be return to legal owner.

United States Prosecutor's Office Clerk, SAUNDERS four consecutive days redundantly Instructed PLANTIFF to "ask the DEFENDANT, Officer Jenkins to Bring Property Release 81-C Form to the Prosecutor's Office to be sign."

The DEFENDANT said "PLANTIFF Must Forfeit The Money, and the Mail Matter will Be Kept-In-Evidence and later destroyed. There Is No Case To Prove Using PLANTIFF'S Property. So the DEFENDANT Officer Jenkins, said HE will In No Legal Way be instrumental in returning PLANTIFF Private Property of $310 cash and Mail Matter.

## BEFORE AND AFTER PICTURES ATTACHED

The Relief the PLANTIFF is requesting from this court is 'Due Process' having Officer Michael Jenkins Return To The Legal Owner, The PLANTIFF all Personal and Private Properties seize.

The Monetary Amount of $1988 be awarded as Damages to PLANTIFF due to the Additional financial burden of not being able to make Timely Payment to PLANTIFF'S Personal Food and Business Material Credit Card Account. That resulted in No Credit Card and a Lower Credit Rating.

The PLANTIFF incurred financial Loss-by-Default of Personal Items for not being able To make the Timely Payment of Pawntickets before Retrieve Property Expiration Date Expired.

Loss-By-Default Pawntickets with value of
Unpaid $300 is Attached.

All Burden and Loss incur Due To Seizure by the DEFENDANT, Officer Jenkins of the PLANTIFF'S Mail Matter and $310 Cash use exclusively for bill-paying purposes.

If this matter cannot be settle-out-of-court i.e., (before court date), then I the PLANTIFF Request a Trail By Jury.

Respectfully Submitted,

*[signature: William Collington]*

WILLIAM COLLINGTON
1430 SARATOGA AVENUE,N.E. #5
WASHINGTON, D.C.    20018

**FOOD PURCHASES with CREDIT CARD**

# Aspen

 For Customer Service Information, see the Cardholder Services Information section below.

 For billing errors, and other information about your card, see reverse side.

## Account Summary

| | | | |
|---|---|---|---|
| Account Number | 5181 8700 0157 7119 | Previous Balance | $57.50 |
| Closing Date | DECEMBER 26, 2006 | Payments & Credits | $89.23 CR |
| Total Credit Line | $500.00 | Purchases & Debits | $419.77 |
| Available Credit | $111.96 | Cash Advances | $0.00 |
| Payment Due Date | JANUARY 20, 2007 | Periodic FINANCE CHARGE | $0.00 |
| Minimum Payment | $20.00 | New Balance | $388.04 |

## Important News

Holiday shopping? MasterCard could take you to a new address. For details, visit priceless.com/holiday. November 1 - December 31, 2006.

## Transaction Detail

| Trans Date | Post Date | Description | Amount | |
|---|---|---|---|---|
| 11/27/06 | 11/27/06 | ACCOUNT MAINTENANCE FEE | $ 6.50 | |
| 11/26/06 | 11/27/06 | HESS 46500 ALEXANDRIA VA | $ 20.00 | |
| 11/25/06 | 11/27/06 | AUTOZONE #5237 WASHINGTON DC | $ 95.16 | |
| 11/27/06 | 11/28/06 | MADISON AUTO REPAIR ALEXANDRIA VA | $ 65.00 | |
| 11/27/06 | 11/29/06 | AUTOZONE #5237 WASHINGTON DC | $ 31.73 | CR |
| 11/30/06 | 12/4/06 | PARTY TIME LIQUORS INC MT RAINIER MD | $ 19.62 | |
| 12/6/06 | 12/7/06 | DC TREASURY CASHIERS WASHINGTON DC | $ 120.00 | |
| 12/7/06 | 12/8/06 | DC GOV MOTOR VEH C STR WASHINGTON DC | $ 7.00 | |
| 12/7/06 | 12/8/06 | RITE AID STORE 4957 WASHINGTON DC | $ 25.34 | |
| 12/13/06 | 12/15/06 | QUIZNOS SUB #3516 Q02 WASHINGTON DC | $ 28.23 | |
| 12/15/06 | 12/18/06 | OXON HILL XTRA MART OXON HILL MD | $ 20.00 | |
| 12/20/06 | 12/20/06 | PAYMENT - THANK YOU | $ 57.50 | PY |

## Account Summary

| | | | |
|---|---|---|---|
| Account Number | 5181 8700 0157 7119 | Previous Balance | $388.04 |
| Closing Date | JANUARY 24, 2007 | Payments & Credits | $100.00 CR |
| Total Credit Line | $500.00 | Purchases & Debits | $167.06 |
| Available Credit | $36.95 | Cash Advances | $0.00 |
| Payment Due Date | FEBRUARY 18, 2007 | Periodic FINANCE CHARGE | $7.95 |
| Minimum Payment | $20.00 | New Balance | $463.05 |

## Transaction Detail

| Trans Date | Post Date | Description | Amount | |
|---|---|---|---|---|
| 12/28/06 | 12/28/06 | ACCOUNT MAINTENANCE FEE | $ 6.50 | |
| 1/4/07 | 1/5/07 | RADIOSHACK 00129460 WASHINGTON DC | $ 15.86 | |
| 1/4/07 | 1/5/07 | GIANT FOOD INC #375 NE WASHINGTON DC | $ 23.27 | |
| 1/4/07 | 1/8/07 | CVS PHARMACY #1363 Q03 WASHINGTON DC | $ 16.26 | |
| 1/10/07 | 1/12/07 | CVS PHARMACY #1363 Q03 WASHINGTON DC | $ 16.05 | |
| 1/12/07 | 1/15/07 | WOODRIGE VET'S LIQUOR WASHINGTON DC | $ 16.14 | |
| 1/17/07 | 1/18/07 | GIANT FOOD INC #375 NE WASHINGTON DC | $ 10.48 | |
| 1/19/07 | 1/22/07 | VESTA *CINGULAR 866-6083007 OR | $ 27.50 | |
| 1/23/07 | 1/23/07 | LATE PAYMENT CHARGE | $ 35.00 | |
| 1/24/07 | 1/24/07 | PAYMENT - THANK YOU | $ 100.00 | PY |

## Finance Charge Summary

| AVERAGE DAILY BALANCE* | MONTHLY PERIODIC RATE | CORRESPONDING ANNUAL PERCENTAGE RATE (APR) | PERIODIC FINANCE CHARGE |
|---|---|---|---|

## BUY/SELL AGREEMENT

Date: 12/08/2006
Time: 12:34:40

Agreement Number: 357806358
Due Date: 01/08/2007

In this Buy/Sell Agreement (this "Agreement") the words "you" and "your" mean each customer so named below; the words "we", "us", "our" and "Company" mean Famous Pawn, Inc., and/or any wholly or majority owned subsidiaries, affiliates, representatives or assigns.

| Item # | Description |
|---|---|
| 35780635801 | CLUSTER RING 14K WG 10.8GRMS 14/.56TW/RND/DIA 44/1.76TW/REC/DIA HE BOUGHT IT HERE |

Amount Paid
200.00

By signing, I agree to all the terms and conditions of this Agreement and the attached Arbitration Agreement, and acknowledge receipt of a copy of these agreements.

X [signature]
WILLIAM H COLLINGTON
3320 11TH PL SE 301
WASHINGTON DC 20032
(202) 832-8097

\/ //s// The Company
/\ _____ d/b/a Famous Pawnbrokers
11129 Viers Mill Rd.
Wheaton, MD 20902
(301) 949 - 4500

Page 1 of 3

## ARBITRATION AGREEMENT
### READ THIS ARBITRATION AGREEMENT CAREFULLY.
### IT WILL HAVE A SUBSTANTIAL IMPACT ON YOUR LEGAL RIGHTS.

Intending to be legally bound hereby, you and we agree as follows:

**Definitions.** As used in this Arbitration Agreement, the following definitions will apply:

"You" or "Your" mean the Customer who signs and enters into any Agreement(s) (defined below) with us, and his or her heirs and executors.

"We" or "Us" means Famous Pawn, Inc., and/or all of the members, shareholders, parents, wholly or majority owned subsidiaries, affiliates, predecessors, successors, employees, officers, directors and representatives, and assigns of such entities; and all of the agents, employees, officers, directors and representatives of the foregoing entities.

"Agreement(s)" means any Purchase Agreement, Sales Agreement, Deferred Deposit Agreement, Check Cashing Agreement and any other transaction(s) or

BUY/SELL AGREEMENT

Agreement Number: 359045864  
Due Date: 02/28/2007

FEB. 28

Date: 01/30  
Time: 16:30

In this Buy/Sell Agreement (this "Agreement") the words "you" and "your" mean each customer so named below; the words "we", "us" ... full before the Due Date, and prepayment refunds and penalties, if any.

**Itemization of Amounts:** Interest Charge (or fee in lieu of Interest): $ 5.00 Total: $ 5.00

Famous Pawn, Inc., d/b/a Famous Pawnbrokers has advanced the sum of $ 100.00. No merchandise will be sent, mailed or shipped. No merchandise sho... paid for. By your consent, this pawn has a maturity of one month with applicable interest as follows: five percent (5%) per month or fraction there... first five hundred dollars ($500); four percent (4%) per month or fraction thereof on the next five hundred dollars ($500); and twenty-four percent annum on amounts of more than one thousand dollars ($1000). In the event the total amount of interest is less than $2.00, a minimum charge of $2.00 assessed in lieu of interest charges. No merchandise will be delivered without the original pawn ticket or a validated "lost ticket" statement. A ($1.00) charge will be incurred for all lost ticket claims at the time of redemption. You may extend or renew your contract by surrendering the ori... ticket and paying any and all interest or minimum charges applicable on or before the Due Date. If this Agreement is not redeemed or renewed on or Due Date, the property will be sold to the general public. You represent that you are the sole owner of the property listed on the Schedules and th... the legal right to sell, dispose of or transfer said property, and that the property is free and clear of liens and indebtedness. We shall not be r... for loss due to circumstances beyond our control including, by way of example and without limitation, theft, robbery, fire, flooding, mechanical or failure, acts of God, government action or inaction, or vandalism. This Agreement cannot be modified by any oral agreement. In the event any prop... on the Schedules is lost, stolen or misplaced, the maximum recovery amount is stated to be the lesser of fair market value or two-and-a-half times t... paid towards each piece that is deemed necessary to be replaced. The unpaid balance of the amount owed shall be offset first in the event any recov... exist.

Item #   Description  
359045864U1  TENNIS BRACELET 10K YG 8IN 18.16GMS

Amount Paid  
100.00

By signing, I agree to all the terms and conditions of this Agreement and the attached Arbitration Agreement, and acknowledge receipt of a copy of these agreements.

X /s/ William H Cullington  
WILLIAM H CULLINGTON  
3220 11TH PL SE 301  
WASHINGTON DC 20032  
(202) 832-0097

X //s// Famous Pawn, Inc.  
3228 Georgia Ave. NW  
Washington, DC 20010  
(202) 882-2000

Page 1

...ation Agreement shall survive your voluntary payment of the agreement(s), our sale or transfer of the agre... and your bankruptcy. If any portion of this Arbitration Agreement is deemed invalid or unenforceable under any law or statute consistent with the FAA, invalidity shall not extend to the remaining portions of this Arbitration Agreement, which shall be enforceable regardless of such invalidity. In the of a conflict or inconsistency between the rules of the arbitration administrator and this Arbitration Agreement, this Arbitration Agreement shall gove **Important Additional Disclosures.** While you understand that you may individually bring a claim against us either through arbitration or in a small cla... tribunal, you acknowledge and agree that by entering into this Agreement:

a) YOU ARE WAIVING YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES;  
b) YOU ARE WAIVING YOUR RIGHT OT HAVE A COURT, OTHER THAN A SMALL CLAIMS TRIBUNAL, RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PART and  
c) YOU ARE WAIVING YOUR RIGHT TO SERVE AS A REPRESENTATIVE, AS PARENS PATRIAE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CA... OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT OR ARBITRATION FILED AGAINST US AND/OR RELATED THIRD PARTIES.

By your signature and our signature below, you and we agree to be legally bound by this Arbitration Agreement. You also acknowledge receipt of a comple... of this Arbitration Agreement and you have read and understand this Agreement prior to signing it.

JS-44
(Rev.1/05 DC)

CIVIL COVER SHEET

07-0482
CKK

## I (a) PLAINTIFFS

William Collington

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se N/P

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS

Officer Michael Jenkins

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

Case: 1:07-cv-00482
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 03/14/2007
Description: COLLINGTON V. JENKINS

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

O

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☒ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐   DEMAND $ 0   Check YES only if demanded in complaint  JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☒ NO  If yes, please complete related case form.

DATE                SIGNATURE OF ATTORNEY OF RECORD
                    NcD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

**William collington**

    Plaintiff(s),

    vs.                                                                 Civil Case No: **07-482 CKK**

**Michael Jenkins**

    Defendant(s).

## NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that an exhibits have to the complaint been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

                                       **NANCY MAYER-WHITTINGTON**

                                                        Clerk

**Date:** 3/14/07