UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| WILLIAM COLLINGTON,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER MICHAEL JENKINS,<br><br>Defendant. | Case: 1:07-cv-00482<br>Assigned To : Kollar-Kotelly, Colleen<br>Assign. Date : 03/14/2007<br>Description: COLLINGTON V. JENKINS |

## ORDER

This matter comes before the Court upon review of Plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Plaintiff has also filed a motion to amend the complaint concerning the same or similar facts and claims. Ordinarily, an amended complaint supersedes the original and renders it of no legal effect. *Adams v. Quattlebaum*, 219 F.R.D. 195, 197 (D.D.C. 2004); *Dorchy v. WMATA*, 45 F. Supp. 2d 5, 7 (D.D.C. 1999). Accordingly, it is

ORDERED that the original complaint is DISMISSED. It is

FURTHER ORDERED that plaintiff's motion to amend the original complaint is GRANTED. The Court construes this motion as an amended complaint. It is

FURTHER ORDERED that plaintiff application to proceed *in forma pauperis* is GRANTED.

DATE: 3/8/07

_____
United States District Judge