UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM COLLINGTON,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>OFFICER MICHAEL JENKINS,<br><br>　　Defendant. | Civil Action No.  07-0482 (CKK) |

## ORDER

　　Plaintiff, proceeding *pro se,* has submitted an amended complaint with attached photographs. Due to the nature of those photographs, it is

　　ORDERED that the Clerk of the Court file Plaintiff's amended complaint. It is

　　FURTHER ORDERED that the photographs attached to the amended complaint be filed under seal.

　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

DATE: March 22, 2007