WILLIAM COLLINGTON
1430 SARATOGA AVENUE, N.E. #5
WASHINGTON, D.C.   20018
    (plaintiff0

-VS-                                        1;07-CV-482   CCK

OFFICER MICHAEL JENKINS
METROPOLITIAN POLICE   5th PRECINT
BLADENBURG ROAD, N.E.
WASHINGTON, D.C.   20018
    (defendant)

March 23, 2007

## MOTION FOR COURT APPOINTED COUNSEL

PLAINTIFF COLLINGTON WAS GRANTED MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS BY JUDGE EMMET G. SULLIVAN ON MARCH 8, 2007.

PLAINTIFF NOW PETITION THE COURT WITH A MOTION FOR COURT APPOINTED COUNSEL.

RESPECTFULLY SUBMITTED,

WILLIAM COLLINGTON
1430 SARATOGA AVENUE, N.E. #5
WASHINGTON, D.C.   20018
(202)   635-4158

RECEIVED
MAR 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT