UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


William Collington,                    :
                                       :
            Plaintiff,                 :
     v.                                :          Civil Action No. 07-0482 (CKK)
                                       :
Michael Jenkins,                       :
                                       :
            Defendant.                 :


<u>ORDER</u>

The Marshals Service has attempted several times to personally serve defendant Michael

Jenkins, an officer of the District of Columbia Metropolitan Police Department, with process.  It

is hereby

ORDERED that the Marshals Service shall attempt personal service upon Officer Jenkins

pursuant to the recently enacted procedures established pursuant to the Metropolitan Police

Department Amendment Act of 2006.  *See* 54 D.C. Reg. 5039 §§ 2004-08 (effective Sept. 7,

2007)..

                              _____s/s_____
                              COLLEEN KOLLAR-KOTELLY
                              United States District Judge


Date: November 6, 2007