UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

William Collington,            :
                               :
        Plaintiff,             :
                               :
v.                             :   Civil Action No. 07-0482 (CKK)
                               :
Michael Jenkins,               :
                               :        **FILED**
        Defendant.             :
                                        NOV - 6 2007

                                        NANCY MAYER WHITTINGTON, CLERK
                ORDER                    U.S DISTRICT COURT

The Marshals Service has attempted several times to personally serve defendant Michael Jenkins, an officer of the District of Columbia Metropolitan Police Department, with process. It is hereby

ORDERED that the Marshals Service shall attempt personal service upon Officer Jenkins pursuant to the recently enacted procedures established pursuant to the Metropolitan Police Department Amendment Act of 2006. *See* 54 D.C. Reg. 5039 §§ 2004-08 (effective Sept. 7, 2007)..

_____s/s_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Date: Nov. 6   2007

