UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

**FILED**

MAR 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WILLIAM COLLINGTON

1430 SARATOGA AVENUE, N.E. #5

WASHINGTON, D.C.   20018

    (PLAINTIFF)

                            Case: 1:07-cv-00482
                            Assigned To : Kollar-Kotelly, Colleen

VS.                      Assign. Date : 03/14/2007
                            Description: COLLINGTON V. JENKINS

OFFICER MICHAEL JENKINS

5TH PRECINT METROPOLITAN POLICE DEPARTMENT

BLADENBURG ROAD, N.E.

WASHINGTON, D.C.   20018

    (DEFENDANT)


MOYION TO ADMEND TO ORIGINAL COMPLIANT


THE DEFENDANT, OFFICER MICHAEL JENKINS AND THE ORIGINAL CREW

OF OFFICERS OF WARRANT 06CRWSLD 3642 EXECUTED November 28, 2006 DID

RETURN THIRTY-DAYS LATER WITH WARRANT 06CRWSLD 4029 EXECUTED

DEC. 28, 2006 USING UNCONSTITUTIONAL "TERRY FISK" METHOD RAM-

OPENED WITHOUT ANNOUCING THEIR PRESENCE. PLANTIFF COLLINGTON'S FRONT DOOR DEC. 28, 2006, AS THE PLAINTIFF SITS ON THE TOILET. PLAINTIFF'S ADMENDED RESIDENT LEASE AGREEMENT, STATES THAT PLAINTIFF COLLINGTON CAN NOT HAVE AN IN-AND OUT FLOW OF FEMALE VISITORS OR PLAINTIFF MUST VACANT PREMISES.

POLICE CAN NOT PROVE BY OBSERVATION, EVEDROPPING, INFORMANT, INSIDE OR OUTSIDE DRUG BUYS; "PROBABLE CAUSE" THEREFORE, "REASONABLE DOUBT EXISTS."

UPON ENTERING 58-YEAR OLD PLAINTIFF'S HOME A SECOND TIME DECEMBER 28, 2006, OFFICERS FOUND MS. ANNA MARIE PAUL AND HER HUSBAND BOBBY WASHINGTON SITTING IN THE DINING ROOM AREA. SHE WAS IN THE FRONT ROOM, FRUTON AREA AND PLAINTIFF COLLINGTON WAS SITTING ON THE TOILET.

PLAINTIFF COLLINGOTN WAS HNADCUFFED ON BATHROOM FLOOR BY OFFICER HARDING AND SEARCH, VISITOR BOBBY WASHINGTON IN THE DINING AREA WAS SEARCH 5 TIMES FOR DRUGS ALONG WITH HIS WIFE VISITOR, ANNA MARIE PAUL IN THE FRONT ROOM FRUTON AREA.

U,S, CURRENCY WAS FOUND ON PLAINTIFF COLLINGTON BY OFFICER HARDING WHO IMMEDIATELY PUSH PLAINTIFF DOWN THREE FLIGHTS OF STEPS TO THE BACKSEAT OF SQUARD CAR.

NO DRUGS WAS FOUND ON VISITOR, BOBBY WASHINGTON AND ON VISITOR, ANNA MARIE PAUL WAS FOUND A CIGARETTE PACK WITH TOP PAPERS ALSO A $10 BAG OF CRACK.

VISITOR, MS. ANNA MARIE PAUL OF 3119 18th STREET N.E. WASHINGTON, DC 20018 (202) 758-0195 WILL TESTIFY THAT SHE SAW THE FEMALE OFFICER REMOVE FROM OFFICER'S OWN POCKET AND PLACE ON THE PLAINTIFF COLLINGTON 'S ROUND CHESSBOARD TABLE BY FRONT DOOR, THREE PLASTIC BAGS OF CRACK ALONG WITH THE $10 BAG OF CRACK TAKEN FROM HER OWN PERSON.

WITNESS WILL TESTIFY THAT OFFICERS ACTUALLY PLACED DRUGS IN PLAINTIFF COLLINGTON 'S HOME AND FURTHER PROCEED TO DESTROY AND RAMSACK PLAINTIFF'S BEDROOM THER UPON FINGING IN 60 YEAR

OLD PLAINTIFF COLLINGTON'S BEDROOM CLOSET A $10 BAG OF MARIJUANA AND NAKED PHOTOS OF THE PLAINTIFF'S GIRLFRIEND.

WITNESS WILL TESTIFY THAT OFFICERS ON DEC. 28th 2006 REMOVE FROM PLAINTIFF'S BEDROOM AND PLACE ON DINING ROOM TABLE NAKED PHOTOS OF PLAINTIFF'S GIRLFRIEND. USING THEIR OWN POLICE CAMERA TOOK PICTURES OF THE NAKED PHOTOS.

PHOTOS ATTACHED

WITNESS AND VISITOR, MS. ANNA MARIE PAUL WAS RELEASED FROM THE 5th PRECINT THAT NIGHT, VISITOR BOBBY WASJINGTON WAS RELEASED FROM COURT THE NEXT DAY AND THE PLAINTIFF COLLINGTON WAS CHARGE WITH POSSESION AND TRAFFING TO HIS OWN SELF IN HIS OWN HOME.

CIVIL AND PUBLIC SEVANT POLICE OFFICERS VIOLATED CITIZEN, PLAINTIFF COLLINGTON CIVIL RIGHTS,PEER GROUP, PRIVATE SOCIAL CIRCLE, PRIVATE SOCIAL BREEDING MORES, AND INVADED PLAINTIFF'S BEDROOM.          U.S. –VS - ANDY WARHOL

PUBLIC SERVANT POLICE FOUND UPON PLAINTIFF COLLINGTON AND IN HIS PRIVATE RESIDENCE, BEDROOM CLOSET AN UNCOUNTED, UNDETERMINED AMOUNT OF U.S. CURRENCY THAT VIOLATES THE POLICE TEST AND THE POLICE ACADEMY RULES.

"UNCOUNTED CURRENCY" — WARRANT 06CRWSLD 4029

PLAINTIFF'S MAIL MATTER CONSISTING OF BIRHT CERIFICATE, SOCIAL SECURITY CARD, 14 TYPED-UP COPYRIGHTED LYRIC TUNES, RENTAL LEASE AGREEMENT, AND AN UNDETERMINED AMOUNT OF UNCOUNTED MONEY THAT WAS SEIZE FOR CIVIL FORFEITURE.

PLAINTIFF COLLINGTON CAN PROVE THAT THE MONEY WAS NOT DRUG MONEY FOUND IN PLAINTIFF'S HOME NOV. 28Th 2006 AND DEC. 28th, 2006.

MR. GERALD SHEROD ~~AND TONI BROWN~~ BRIEFLY LIVE WITH THE PLAINTIFF AND PAID MONEY FOR RENT.

PLAINTIFF FEELS THERE WILL NOT BE AN OUT-OF-COURT SETTLEMENT SO PLAINTIFF FEEL SUING OFFFICER MICHAEL JENKINS OF THE 5th PRECINT

FOR EVERYTHING THE DEFENDANT OWNS IS THE ONLY RECOURSE AND THEREFORE, ASK FOR A TRIAL BY JURY.

RESPECTFULLY SUBMITTED,

*[signature: W. Collington]*

WILLIAM COLLINGTON   A.K.A.
WILLIAM F. CAVE
1430 SARATOGA AVENUE, N.E. #5
WASHINGTON, D.C.   20018

---------- DOCUMENTS ATTACHED ----------