UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| William Collington, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 07-0482 (CKK) |
| | : | |
| Michael Jenkins, | : | |
| | : | |
| Defendant. | : | |

ORDER DIRECTING DEFENDANT TO SHOW CAUSE

According to the case docket, the United States Marshals Service effected service of process upon defendant Michael Jenkins on December 13, 2007, presumably pursuant to procedures set forth in the Metropolitan Police Department Amendment Act of 2006. *See* Order (Nov. 6, 2007). Officer Jenkins has yet to appear in the case, however. Accordingly, it is

ORDERED that by February 29, 2008, defendant Jenkins shall SHOW CAUSE in writing why he is not in default, failing which the Court will direct the Clerk to enter a default pursuant to Fed R. Civ. P. 55(a); and it is

FURTHER ORDERED that the Clerk shall mail this Order to Officer Michael Jenkins at his address of record by certified mail, return receipt requested, and forward a copy of the Order to the Attorney General for the District of Columbia and MPD's Office of the General Counsel.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Date: February 5, 2008