UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM COLLINGTON,           )<br>                                                       )<br>    Plaintiff,                              )<br>                                                       )<br>    v.                                          )<br>                                                       )<br>                                                       )<br>MICHAEL JENKINS,                )<br>                                                       )<br>    Defendant.                          )<br>_____) | Civil Action No. 1:07-cv-00482-CKK |

## RESPONSE TO ORDER TO SHOW CAUSE

Defendant Michael Jenkins hereby responds, by and through the undersigned counsel, to the Court's February 5, 2008 Order directing defendant to show cause why he is not in default.

1. This lawsuit concerns alleged illegal searches and seizures at plaintiff's residence on November 28 and December 28, 2006. Plaintiff filed this lawsuit on March 14, 2007, amended it on March 23, 2007, and seeks, among other things, the return of money he alleges Officer Jenkins seized during both searches.

2. Plaintiff engaged the U.S. Marshal Service to serve Officer Jenkins with process.

3. Summonses issued on April 12, July 27, and November 13, 2007. Associated attempts to serve Officer Jenkins failed and the summonses were returned unexecuted until December 14, 2007, when docket no. 18 indicates that service was effected.

4. After the first summons issued on April 12, 2007, until early January 2008, when Officer Jenkins received the summons and papers, Officer Jenkins was unaware that the Marshal Service had been attempting to serve him. He works nights and the Marshal Service had been making attempts during the day.

5. After several attempts, the Marshal Service finally left the summons with a clerk at the Fifth District station, who gave it to Officer Jenkins' sergeant, who then provided the summons and papers to Officer Jenkins. Officer Jenkins received the papers in early January 2008.

6. Officer Jenkins went over the papers with his sergeant. At that point, he believed he had discharged his obligations concerning this matter, and did not realize he needed to obtain counsel and defend himself in this lawsuit.

7. On February 5, 2008, the instant Order issued.

8. Officer Jenkins has now retained the Office of Attorney General and is ready to proceed. Because of the service of process issues that have arisen in this case, Officer Jenkins has turned over to the undersigned the process he received, and has authorized this office to accept the process as service effective today.

9. Accordingly, this office is now in receipt of process and will respond to the complaint on Officer Jenkins' behalf by March 20, 2008.

WHEREFORE, defendant Michael Jenkins requests that the Court's Order to Show Cause be vacated, and for such other and further relief as this Honorable Court may deem just and proper.

Date:  February 29, 2008  　　　　Respectfully submitted,

　　　　　　　　　　　　　　　PETER NICKLES
　　　　　　　　　　　　　　　Interim Attorney General for the District of Columbia

　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　/s/ Kimberly Matthews Johnson
　　　　　　　　　　　　　　　KIMBERLY MATTHEWS JOHNSON, #435163

        Chief, General Litigation Section 1

        /s/ Michelle Davy_____
        MICHELLE DAVY, #454524
        Assistant Attorney General
        Sixth Floor South
        441 4th Street, N.W.
        Washington, D.C. 20001
        (202) 724-6608; (202) 727-3625 (fax)
        E-Mail:michelle.davy@dc.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 29th day of February, 2008, that a copy of the foregoing Response to Order to Show Cause was delivered through ECF or regular U.S. mail postage prepaid to:

        **WILLIAM COLLINGTON**
        1430 Saratoga Avenue N.E.
        Apartment 5
        Washington, DC 20018

        \_\_\_\_\_/s/_____
        Michelle Davy
        Assistant Attorney General

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WILLIAM COLLINGTON,** )<br>)<br>    **Plaintiff,** )<br>)<br>    v.   )<br>)<br>)<br>**MICHAEL JENKINS,** )<br>)<br>    **Defendant.** )<br>_____) | **Civil Action No. 1:07-cv-00482-CKK** |

## ORDER

UPON CONSIDERATION of Defendant Michael Jenkins' Response to the Court's Order to Show Cause, and the entire record herein, it is this _____ day of _____, 2007, hereby

ORDERED, that the Order to Show Cause be and hereby is vacated.

                                           JUDGE COLLEN KOLLAR-KOTELLY

cc:
Michelle Davy
Office of the Attorney General for the
District of Columbia
441 4th Street, N.W., 6th Floor-South
Washington, D.C. 20001

William Collington
1430 Saratoga Avenue N.E.
Apartment 5
Washington, DC 20018