UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM COLLINGTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MICHAEL JENKINS, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 1:07-cv-00482-CKK |

## NOTICE OF ENTRY OF APPEARANCE

Will the Court please note the entry of appearance of Assistant Attorney General Michelle Davy on behalf of the defendant Michael Jenkins.

Date: February 29, 2008       Respectfully submitted,

PETER NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Kimberly Matthews Johnson_____
KIMBERLY MATTHEWS JOHNSON, #435163
Chief, General Litigation Section 1

/s/ Michelle Davy_____
MICHELLE DAVY, #454524
Assistant Attorney General
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608; (202) 727-3625 (fax)
E-Mail:michelle.davy@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 29th day of February, 2008, that a copy of the foregoing Notice was delivered through ECF or regular U.S. mail postage prepaid to:

**WILLIAM COLLINGTON**
1430 Saratoga Avenue N.E.
Apartment 5
Washington, DC 20018


_____/s/_____
Michelle Davy
Assistant Attorney General