UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM COLLINGTON, )<br>)<br>    Plaintiff, )<br>) | Civil No.  1:07-CV-00482 (CKK) |
| v. )<br>)<br>MICHAEL JENKINS, )<br>)<br>    Defendant. )<br>) | |

**SUBSTITUTION OF APPEARANCE**

The Clerk will please withdraw the appearance of Assistant Attorney General Michelle Davy as attorney for Defendant Michael Jenkins in the above-captioned action and enter the appearance of Assistant Attorney General Lucy Pittman as attorney for Defendant Michael Jenkins.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    /s/ Kimberly M. Johnson
    KIMBERLY MATTHEWS JOHNSON [#435163]
    Section Chief, General Litigation Section I

    /s/ Lucy Pittman
    LUCY PITTMAN [#483416]
    Assistant Attorney General
    441 4th Street, N.W.
    6th Floor South
    Washington, D.C. 20001
    (202) 442-9891 (telephone)
    (202) 727-3625 (fax)
    lucy.pittman@dc.gov