UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILLIAM COLLINGTON,     ) <br>     ) <br>   Plaintiff,     ) <br>     ) <br>   v.     ) <br>     ) <br> MICHAEL JENKINS,     ) <br>     ) <br>   Defendant.     ) <br>     ) | Civil Action No. 07-0482 (CKK) |

**ORDER**

Defendant moved to dismiss the complaint, arguing that plaintiff had not met the minimum requirements of Federal Rule of Civil Procedure 8(a) and had not made any allegations that the sole defendant, Michael Jenkins, had done anything to plaintiff. Plaintiff was directed to respond by May 19, 2008 to the defendant's motion to dismiss or risk the possibility that the Court would treat the motion as conceded and dismiss the complaint. Plaintiff has not responded and has not sought additional time in which to respond. Therefore, the Court will treat the motion as conceded and dismiss the case. Accordingly, it is hereby

ORDERED that defendant's motion [23] to dismiss is GRANTED as conceded. This case is DISMISSED.

This is a final, appealable order. Fed. R. App. 4(a).

Dated:

                                         COLLEEN KOLLAR-KOTELLY
                                         United States District Judge